IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 00-00454-CV-W-HFS |
| | ) | |
| GEORGE W. KIMBLE | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant has filed a motion to correct sentence (doc. 76). To-date, there has been no response to the filing. Accordingly, the government is directed to file a response within twenty days from the date of this order.

It is SO ORDERED

                                              /s/ Howard F. Sachs
                                              HOWARD F. SACHS
                                              UNITED STATES DISTRICT JUDGE

June  9 , 2010

Kansas City, Missouri